IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHEAMEAKA LASHAUN EDWARDS, )<br>                                           )<br>     Petitioner,               )<br>                                           )<br>     v.                              )<br>                                           )<br>UNITED STATES OF AMERICA, )<br>                                           )<br>     Respondent.      )| Civil Action No. 3:12cv717-WHA<br>(WO) |

**ORDER ON MOTION**

The petitioner has filed a *pro se* pleading (Doc. No. 9), which the court has construed to be a Motion to Amend her 28 U.S.C. § 2255 motion to present a new claim for relief. Upon consideration of this motion, it is

ORDERED that the Motion to Amend (Doc. No. 9) is GRANTED.

It is further

ORDERED that on or before September 18, 2013, the Government shall file a supplemental response addressing the new claim presented by the petitioner in the Motion to Amend.

In filing its supplemental response, the Government should make specific reference to the limitation period set forth in 28 U.S.C. § 2255(f). The supplemental response should contain a procedural history and all relevant information from which the court can determine the applicability of the limitation period to the new claim presented by the petitioner. In addition, if this court is barred from reviewing the petitioner's new claim due to the

petitioner's failure to properly preserve such claim, the Government should provide a factual and legal basis for the procedural default argument.

    Done this 19th day of August, 2013.

                                  /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE