IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHEAMEAKA LASHAUN EDWARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:12-cv-717-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondent. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #15), entered on September 3, 2014, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED, as it was not filed within the controlling federal limitation period. The case is DISMISSED with prejudice.

DONE this 29th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE